# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MELODY J. MALES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-16-549-SPS |
| ) | |
| COMMISSIONER of the Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with the Opinion and Order [Docket No. 20] entered contemporaneously herewith, the Court hereby renders judgment in favor of the Defendant and against the Plaintiff pursuant to Fed. R. Civ. P. 58(a).

**IT IS SO ORDERED** this 27th day of March, 2018.

_____
**STEVEN P. SHREDER**
**UNITED STATES MAGISTRATE JUDGE**